BENJAMIN B. WAGNER
United States Attorney
Dominique N. Thomas
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2891

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:10-CR-00426-MCE |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO EXCLUDE TIME |
| TRACY BITTNER, | ) | |
| Defendant. | ) | |

The parties request that the status conference in this case be continued from November 18, 2010 to December 9, 2010 at 9:00 a.m. They stipulate that the time between November 18, 2010 and December 9, 2010 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, the government has provided the majority of the discovery in this case, but needs to provide some remaining items. In addition, defense counsel needs time to review the provided discovery.

1

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: November 17, 2010          By:      /s/
                                       Dominique N. Thomas
                                       Assistant U.S. Attorney

                                          /s/
DATE: November 17, 2010          _____
                                       Tim Zindel
                                       Attorney for Defendant

**IT IS SO ORDERED.**

Dated: November 17, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE