```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    TRACY BITTNER
 7

 8

 9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,    ) No. 2:10-cr-00426 MCE
                                 )
14              Plaintiff,       ) STIPULATION AND ORDER
                                 ) CONTINUING STATUS CONFERENCE
15       v.                      ) AND EXCLUDING TIME
                                 )
16  TRACY BITTNER,               )
                                 ) Date:  December 9, 2010
17              Defendant.       ) Time:  9:00 a.m.
                                 ) Judge: Morrison C. England, Jr.
18  _____ )

19

20

21       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
22  of America, and defendant, Tracy Bittner, that the status conference
23  scheduled for December 9, 2010, may be continued to January 27, 2011, at
24  9:00 a.m.
25       Defense counsel continues to obtain records that must be reviewed
26  before the case may be further scheduled or a resolution discussed.
27  Accordingly, the parties agree that time under the Speedy Trial Act
28  should be excluded from the date of this order through the status
```

conference on January 27, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(Local Code T4).

```
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  December 7, 2010                /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for TRACY BITTNER


                                        BENJAMIN B. WAGNER
                                        United States Attorney


Dated:  December 7, 2010                /s/ T. Zindel for D. Thomas
                                        DOMINIQUE N. THOMAS
                                        Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to January 27, 2011, at 9:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: December 8, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE