1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, California 95814
4 Telephone: (916) 498-5700

5

6 Attorney for Defendant
TRACY BITTNER
7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      ) No. 2:10-CR-00426-MCE
                                  )
14           Plaintiff,           ) **STIPULATION AND ORDER**
                                  ) **CONTINUING STATUS CONFERENCE**
15      v.                        ) **AND EXCLUDING TIME**
                                  )
16 TRACY BITTNER,                 )
                                  ) Date:  January 27, 2011
17           Defendant.           ) Time:  9:00 a.m.
                                  ) Judge: Morrison C. England, Jr.
18 _____)

19

20

21      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

22 of America, and defendant, Tracy Bittner, that the status conference

23 scheduled for January 27, 2011, may be continued to February 3, 2011, at

24 9:00 a.m.

25      Defense counsel continues to obtain records that must be reviewed

26 before the case may be further scheduled or a resolution discussed.

27 ///

28 ///

1  Accordingly, the parties agree that time under the Speedy Trial Act
2  should be excluded from the date of this order through the status
3  conference on February 3, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
4  (B)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: January 24, 2011          /s/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for TRACY BITTNER


                                 BENJAMIN B. WAGNER
                                 United States Attorney

Dated: January 24, 2011          /s/ T. Zindel for D. Thomas
                                 DOMINIQUE N. THOMAS
                                 Assistant U.S. Attorney

Stip. & Order                    2

**O R D E R**

The status conference is continued to February 3, 2011, at 9:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: January 31, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stip. & Order                          3